

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-24-2007

# PA Empl Benefit v. Zeneca Inc

Precedential or Non-Precedential: Precedential

Docket No. 05-5340

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"PA Empl Benefit v. Zeneca Inc" (2007). 2007 Decisions. Paper 489.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/489

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 05-5340

———————

PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND
on behalf of itself and all others similarly situated; JOSEPH MACKEN;
COMMISSIONER LINDA A. WATTERS,

Appellants

v.

ZENECA INC.;
ASTRAZENECA PHARMACEUTICALS LP

———————

On Appeal from the United States District Court
for the District of Delaware
District Court No. 05-cv-00075
District Judge: Hon. Sue L. Robinson

———————

BEFORE: SMITH, COWEN and SILER,*
<u>Circuit Judges</u>

———————

*Honorable Eugene E. Siler, Senior Circuit Judge for the United States Court of Appeals
for the Sixth Circuit, sitting by designation.

ORDER AMENDING OPINION

IT IS HEREBY ORDERED that the dissenting opinion in this case, filed August 17, 2007, be amended as follows:

Page 40, second paragraph, second sentence which reads "The labeling of a prescription drug does contain or . . . ." should read: "The labeling of a prescription drug does not contain or . . . ."

By the Court,


/s/ Robert E. Cowen
United States Circuit Judge

Dated: 24 August 2007